IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANDY R. FONTAINE,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3247

Opinion filed December 9, 2016.

Petition Seeking Belated Appeal -- Original Jurisdiction.

Andy R. Fontaine, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition seeking belated appeal is denied on the merits.

ROBERTS, C.J., ROWE and WINSOR, JJ., CONCUR.